1  JAMES D. BOYLE, ESQ.
   Nevada Bar No. 08384
2  Email: jboyle@nevadafirm.com
   JOANNA M. MYERS, ESQ.
3  Nevada Bar No. 12048
   Email: jmeyers@nevadafirm.com
4  HOLLEY DRIGGS LTD.
   400 South Fourth Street, Third Floor
5  Las Vegas, Nevada 89101
   Telephone:   702/791-0308
6
   *Attorneys for Plaintiffs and Counter-Defendants*
7
   KARL O RILEY, ESQ.
8  Nevada Bar No. 12077
   Email: koriley@cozen.com
9  COZEN O'CONNOR
   3753 Howard Hughes Parkway, Suite 200
10 Las Vegas, Nevada 89169

11 JAMES A. GALE, ESQ.
   Admitted Pro Hac Vice
12 Email: jgale@cozen.com
   JONATHAN E. GALE, ESQ.
13 Admitted Pro Hac Vice
   Email: jegale@cozen.com
14 COZEN O'CONNOR
   Southeast Financial Center
15 200 South Biscayne Blvd., Suite 3000
   Miami, Florida 33131
16
   *Attorneys for Defendants and Counter-Plaintiff*
17

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS CANNABIS AWARDS, LLC, a Nevada limited liability company; and SHELDON COOPER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>VILLANO ENTERPRISES, INC., a foreign business entity; CHLOE VILLANO, an individual d/b/a Villano Enterprises; and CHLOE VILLANO, an individual,<br><br>Defendants. | CASE NO.: 2:21-cv-00900-JAD-VCF<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING FINALIZATION OF SETTLEMENT AGREEMENT**<br><br>**(FIRST REQUEST)** |

| | |
|---|---|
| 1 | VILLANO ENTERPRISES, INC., a foreign business entity, |
| 2 | |
| 3 | Counter-Plaintiff, |
| 4 | v. |
| 5 | LAS VEGAS CANNABIS AWARDS, LLC, a Nevada limited liability company; and SHELDON COOPER, an individual, |
| 6 | |
| 7 | Counter-Defendants. |

Pursuant to LR IA 6-2 and LR II 7-1, Plaintiffs and Counter-Defendants Las Vegas Cannabis Awards, LLC and Sheldon Cooper ("Plaintiffs"), and Defendant and Counter-Plaintiff Villano Enterprises, Inc. and Defendant Chloe Villano (together, the "Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree to stay this action pending finalization of a Settlement Agreement by and between the Parties. This is the Parties' first request for a stay of this action.

1. Over the past several months, counsel for the Parties have engaged in extensive settlement discussions and negotiations. These efforts have resulted in tentative final settlement terms and preparation of a near-final draft Settlement Agreement. Within the terms of the Settlement Agreement, the Parties have agreed to complete certain terms and conditions on or before February 15, 2022, at which time the Parties have agreed to dismiss the instant action with prejudice pursuant to Fed. R. Civ. P. 41.

2. Therefore, the Parties have agreed to and to hereby stipulate as follows:

    a. To stay the proceedings in this action, including all deadlines set forth in the Discovery Plan and Scheduling Order (ECF No. 23) until February 23, 2022; and

    b. To set a status conference the during the week of February 23, 2022, for the purposes of informing the Court regarding progress in completing the term of settlement; provided, however, that should the Parties complete all terms of settlement prior to February 23, 2022, the Parties shall file a stipulated notice of dismissal of this action with prejudice.

Wherefore, the Parties respectfully request that this Court grant the stipulation set forth above.

Dated this 22nd day of December, 2022.

**HOLLEY DRIGGS LTD.**

*/s/ James D. Boyle*
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
JOANNA M. MYERS, ESQ.
Nevada Bar No. 12048
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs and Counter-Defendants*

Dated this 22nd day of December, 2022.

**COZEN O'CONNOR**

*/s/ Jonathan E. Gale*
JAMES A. GALE, ESQ.
Admitted Pro Hac Vice
JONATHAN E. GALE, ESQ.
Admitted Pro Hac Vice
Southeast Financial Center
200 South Biscayne Blvd., Suite 3000
Miami, Florida 33131

COZEN O'CONNOR

KARL O RILEY, ESQ.
Nevada Bar No. 12077
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169

*Attorneys for Defendants and Counterclaimants*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE
DATED: 12-22-2021

IT IS HEREBY ORDERED that a telephonic status conference is scheduled for 1:00 PM, February 24, 2022.
The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.